UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL T. SCHAEFER, | No. 2:15-cv-1802 CKD (TEMP) P |
| Plaintiff, | |
| v. | ORDER |
| T. ROWLAND, et al., | |
| Defendants. | |

Plaintiff has requested a 180-day extension of time in which to file an amended complaint pursuant to the court's order of October 15, 2015. Plaintiff justifies this extension on the grounds that (i) on October 10, 2015, he required hospitalization after contracting pneumonia and sepsis, and (ii) on November 10, 2015, he underwent surgery to relieve skin contraction resulting from serious burns incurred on a prior, unspecified date. While plaintiff has shown good cause for an extension of time, the court does not find that plaintiff has sufficiently justified the length of time sought. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 3, 2015 motion for an extension of time (ECF No. 12) is granted.

/////

/////

/////

/////

2. Plaintiff is granted ninety days from the date of the filing of this order in which to file an amended complaint.  Absent extraordinary circumstances, no further extensions of time will be granted.

Dated:  December 15, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/scha1802.36amc